NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-3188

ALICIA GRUSPE,

Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD,

Respondent.

Petition for review of the Merit Systems Protection Board in
DE0752060485-I-3.

ON MOTION

## O R D E R

Alicia Gruspe moves without opposition to adopt the Merit Systems Protection
Board's appendix.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

MAR 13 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 13 2009

JAN HORBALY
CLERK

cc:  Minnette Doris Burges, Esq.
     Sara B. Rearden, Esq.

s17